UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
BARBARA LOGAN-LARACUENTE,     ) 1:07-cv-983-SMS
                              )
          Plaintiff,          ) ORDER DISCHARGING ORDER TO SHOW
     v.                       ) CAUSE (DOC. 16)
                              )
MICHAEL J. ASTRUE,            ) INFORMATIONAL ORDER TO DEFENDANT
Commissioner of Social        )
Security,                     )
                              )
          Defendant.          )
                              )
_____)
```

Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c)(1), and the matter has been assigned to the Magistrate Judge to conduct all further proceedings in this case, including entry of final judgment.

On April 30, 2008, the Court issued an order to Defendant alternatively to show cause why sanctions should not be imposed, or to file Defendant's brief, which was overdue. On May 19, 2008, Defendant's counsel, Elizabeth Firer, filed a response, which was not stated under penalty of perjury, but which represented

1

1 various facts that tend to excuse Defendant's failure to file a
2 timely brief in accordance with this Court's scheduling order.
3 Further, on the same date, Defendant filed its brief, which
4 otherwise complies with the terms of the scheduling order.
5     Accordingly, it is HEREBY ORDERED that the order to show
6 cause that issued from this Court on April 30, 2008, IS
7 DISCHARGED.
8     Defendant IS INFORMED that repeated, unintentional or
9 neglectful violations of Court rules or orders may be considered
10 to be reckless conduct that could result in sanctions.
11
IT IS SO ORDERED.
12
**Dated:   May 21, 2008**                              **/s/ Sandra M. Snyder**
13                                                     UNITED STATES MAGISTRATE JUDGE